Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
6069 S. Fort Apache Rd., Suite 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Sam Gabrielle*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Sam Gabrielle,<br><br>    Plaintiff,<br><br>v.<br><br>Loft Associates, LLC, *dba* Cheddar Express,<br><br>    Defendant. | Case No. 2:18-cv-02109-GMN-VCF<br><br>**Notice of Voluntary Dismissal** |

## NOTICE

  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Sam Gabrielle voluntarily dismisses without prejudice the claims against

1   Defendant Loft Associates, LLC, dba Cheddar Express in this matter. Each party

2   will bear its own costs, disbursements, and attorney fees.

3        DATED this 8th day of February 2019.

4

5                   **KAZEROUNI LAW GROUP, APC**

6                   By: /s/ Michael Kind

7                   Michael Kind, Esq.

8                   6069 S. Fort Apache Rd., Ste. 100

9                   Las Vegas, NV 89148

                *Attorneys for Plaintiff*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28